IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                  CASE NO. 3:00CR-112-01(PG)

SOTO-RAMOS, Mayra

*******************************

MOTION FOR SOME DISPOSITION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

     **COMES NOW, NORMA RIVERA-ROCHET, U.S. PROBATION OFFICER OF THIS HONORABLE COURT,** and respectfully states and prays as follows:

     The sentence imposed by your Honor on September 8, 2000, is scheduled to expire on February 7, 2006. With the exception of the restitution aspect of the imposed sentence, Ms. Mayra Soto-Ramos' compliance with the standard as well as special conditions have been fully adhered to.

     Ms. Ramos-Soto has been a full time mother and homemaker and for a period of time pursued her undergraduate degree. She is totally financially dependent on her spouse. In spite of her lack of personal income due to her unemployment status, she has made bona fide monthly payments totaling $5,114.

     Pursuant to Title 18 U.S. Code § 3613 (b) the government may continue to pursue collection of the outstanding restitution for twenty (20) years from the entry of Judgment. Considering that the Financial Litigation Unit does not oppose that the offender be allowed to terminate supervision as

scheduled coupled with the subjects favorable disposition to continue with bonafide payments, the Court is respectfully requested to allow for supervision to expire on February 7, 2006.

**WHEREFORE,** having considered the defendant's financial situation, her bonafide payments, disposition to continue with same as well as the legal remedy contained within statute to pursue the matter, it is humbly prayed that the Court allow for closure of the supervision as scheduled.

In San Juan, Puerto Rico, this 6th day of February 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/Norma Rivera-Rochet
Norma Rivera-Rochet
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave., Room 400
Main Telephone #: (787)766-5596
Fax: (787)766-5945
E-mail address: norma_rivera@prp.uscourts.gov


NRR/bes

CERTIFICATE OF SERVICE

**I HEREBY CERTIFIED** that on February 6th, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney María Domínguez-Victoriano, Torre Chardón, Suite 1201, 350 Carlos Chardón Avenue, San Juan, PR, 00918 and defense counsel Arturo Negrón-García, 123 Rodrigo de Triana St., Urb. El Vedado, Hato Rey. Puerto Rico 00918.

At San Juan, Puerto Rico, this 6th day of February 2006.

<u>S/Norma Rivera-Rochet</u>
Norma Rivera-Rochet
U.S. Probation Officer-in-Charge
Federal Office Building Room 400
San Juan, PR  00918-1741
Main Telephone #: (787) 771-1269
Fax: (787) 766-5945
e-mail address: norma_rivera@prp.uscourts.gov